Plea in abatement — That no appeal lies in such case, for the reasons stated by the appellant; for the appeal is from the doings of the commissioners, whom the law has made the final judges in such cases.

Judgment of the court — That the plea in abatement is sufficient; for that by the law the commissioners are the final judges with respect to the claims of the creditors, where they are disallowed, and they have right to make offsets in such cases.

### ATWATER V. CARRINGTON.
Value of public securities set at the time of the contract.

ACTION on a receipt for $1575 70-90 loan office certificates; said receipt dated 3d of September A. D. 1790, in which the defendant promised to return said certificates or others in lieu, with interest.    Defaulted.

Damages — The value at the date of the receipt, which was eleven shillings six pence on the pound.

£1 ; : ; .. .

### TREAT V. CARRINGTON.
Value of public securities set at the time of the contract.

ACTION on note, dated in October 1790, for a sum in state securities, payable on demand.    Defaulted.

Damages — The value at the date of the note, which was eight shillings three pence on the pound.

### MURRAY ET AL. V. BISHOP, COUNTY TREASURER, ET AL.
Special damages given for an escape through the insufficiency of the goal.

ACTION for the escape of Richard Spelman, who was in prison upon an execution for £240, and made his escape through the insufficiency of the gaol.    Defaulted.    Special damages only given.

### SMITH V. COUNTY TREASURER, ET AL.
Special damages given for an escape through the insufficiency of the gaol.

COMPLAINING, that he attached Richard Spelman, on a note by which he was committed to gaol, and made his escape